■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNY WALTERS, Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Kings County, imposed August 5, 1975 (the date on the clerk's extract is October 7, 1975), upon his conviction of attempted burglary in the third degree, upon his plea of guilty, the sentence being an indeterminate term of imprisonment with a maximum of four years. Sentence affirmed. At the time of sentencing, the court had before it an extensive probation report showing the prior criminal history of defendant-appellant, including the fact he was on probation at the time of his arrest. The sentence imposed was entirely proper. Martuscello, J. P., Latham, Shapiro and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT LLOYD WARREN, Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Kings County, imposed April 2, 1975. By order dated May 24, 1976 this court consolidated the appeal with defendant's appeal from an order of the same court, dated February 6, 1976, which denied his motion pursuant to CPL 440.10. Defendant advised this court in his brief that he does not wish to pursue the appeal from the order. Sentence affirmed. No opinion. Martuscello, J. P., Latham, Shapiro and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN J. WHITE, Appellant.—Appeal by defendant (1) from a judgment of the Supreme Court, Queens County, rendered September 1, 1976, convicting him of attempted robbery in the third degree, upon his plea of guilty, and imposing sentence, and (2) (by permission) from an order of the same court, dated October 19, 1976, which denied his motion to vacate the sentence. Judgment and order affirmed. Upon sentencing, the court noted that, in good conscience, it would be unable to sentence defendant to a term of probation. The court offered defendant an opportunity to withdraw his plea of guilty and thus complied with the requirements of *People v Selikoff* (35 NY2d 227). Martuscello, J. P., Latham, Shapiro and O'Connor, JJ., concur.